IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
FAISEL MOHAMED,              )
                             )
    Plaintiff,               )
                             )      CIVIL ACTION NO.
    v.                       )        2:22cv175-MHT
                             )            (WO)
UNITED STATES OF AMERICA     )
and TOM VILSACK,             )
                             )
    Defendants.              )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendants United States of America and Tom Vilsack's motion to dismiss (Doc. no. 15) is granted.

(2) This lawsuit is dismissed in its entirety for failure to file it within the time allowed.

(3) All other motions are denied as moot.

It is further ORDERED that costs are taxed against plaintiff Faisel Mohamed, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedures.

This case is closed.

DONE, this the 15th day of August, 2023.

    /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**